IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Morgan, Patricia A | Case Number: 05 B 05720 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 2/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 21, 2007
Confirmed: April 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,712.84 | |
| Secured: | | 3,441.15 |
| Unsecured: | | 8,792.92 |
| Priority: | | 0.00 |
| Administrative: | | 794.00 |
| Trustee Fee: | | 665.29 |
| Other Funds: | | 19.48 |
| Totals: | 13,712.84 | 13,712.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Angela Koconis-Gibson | Administrative | 794.00 | 794.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 8,625.12 | 3,441.15 |
| 4. | HSBC Taxpayer Financial Services | Unsecured | 352.64 | 352.64 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 5,244.00 | 5,244.00 |
| 6. | AAA Checkmate LLC | Unsecured | 591.22 | 591.22 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 1,450.00 | 1,450.00 |
| 8. | Check N Go | Unsecured | 567.33 | 549.59 |
| 9. | Brother Loan & Finance | Unsecured | 605.47 | 605.47 |
| 10. | Rosangela Lavagnolli | Unsecured | | No Claim Filed |
| 11. | Rush University | Unsecured | | No Claim Filed |
| 12. | Cash America Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 18,229.78 | $ 13,028.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 56.91 |
| 3% | 41.52 |
| 5.5% | 253.80 |
| 5% | 67.17 |
| 4.8% | 143.97 |
| 5.4% | 101.92 |
| | _____ |
| | $ 665.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Morgan, Patricia A | Case Number: 05 B 05720 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 2/21/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

